# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

24-7 BRIGHT STAR HEALTHCARE, LLC,

    Plaintiff,

v.                                          Case No. 6:22-cv-2087-RBD-RMN

BRIGHTSTARS HELPING HANDS LLC,

    Defendant.
_____

## ORDER AND INJUNCTION

In this trademark infringement case, Plaintiff filed a motion for default judgment. (Doc. 19 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation recommending the Court grant Plaintiff's Motion in part, enter default judgment against Defendant, enjoin Defendant from using the contested marks, and deny Plaintiff's request for attorney's fees. (Doc. 22 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 22) is **ADOPTED AND CONFIRMED** and made a

part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 19) is **GRANTED IN PART AND DENIED IN PART**:

   a. The Motion is **GRANTED** in that the Clerk is **DIRECTED** to enter default judgment in favor of Plaintiff 24-7 Bright Star Healthcare, LLC and against Defendant Brightstars Helping Hands LLC.

   b. The Motion is **GRANTED** in that Defendant Brightstars Helping Hands LLC, and all persons and entities acting on behalf of Defendant, in concert with Defendant, or under Defendant's control or direction, are **PERMANENTLY RESTRAINED AND ENJOINED** from using the marks "Brightstars" and "Brightstars Helping Hands" in connection with home healthcare and home care services.

   c. The Motion is **DENIED** as to Plaintiff's request for an award of attorney's fees.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 14, 2023.

3



ROY B. DALTON, JR.
United States District Judge